

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2014

No. 04-14-00452-CV

Mark **HART** and Angelica Hart,
Appellants

v.

**FLAGSHIP HOMES, LTD. D/B/A/ PRESTIGE HOMES**,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04333
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

    The trial court clerk's notification of late clerk's record is NOTED. We ORDER the trial court clerk to file the clerk's record on or before August 8, 2014.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court